UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:08-CR-330 CAS |
| ) | |
| WARREN MCKINNEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on defendant Warren McKinney's motion to proceed in forma pauperis on appeal.

Mr. Hayes has submitted a Financial Affidavit which indicates that he is unemployed with debts that far exceed his assets, and does not have the resources to pay the filing fee for an appeal. The Court will grant the motion to proceed in forma pauperis on appeal.

Accordingly,

**IT IS HEREBY ORDERED** that Warren McKinney's motion to proceed in forma pauperis on appeal is **GRANTED**.  [Doc. 64]

  
**CHARLES A. SHAW**
**UNITED STATES DISTRICT JUDGE**

Dated this   4th   day of February, 2009.