**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 4:08-CR-330 CAS |
| v. ) | |
| ) | |
| WARREN MCKINNEY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

This matter is before the Court on the motion to withdraw filed by defendant's counsel, Mr. Bradley S. Dede. As this matter is currently on appeal before the United States Court of Appeals for the Eighth Circuit, the motion should be denied. Counsel may file a motion to withdraw directly with the Eighth Circuit.

Accordingly,

**IT IS HEREBY ORDERED** that the motion to withdraw filed by attorney Bradley S. Dede is **DENIED**. [Doc. 62]

_____
**CHARLES A. SHAW
UNITED STATES DISTRICT JUDGE**

Dated this   4th   day of February, 2009.